BECKIE BLATT, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. (*Drilling* v. *New York Life Ins. Co.*, 234 N. Y. 234; *McCormack* v. *Security Mut. Life Ins. Co.*, 220 id. 447;

*Green* v. *des Garets*, 210 id. 79.) The case of *Bible* v. *John Hancock M. L. Ins. Co.* (256 N. Y. 458) is distinguishable. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.